UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ZAHIR DAVID
FLEMING

   Plaintiff,

v.           Case No.:  2:26-cv-1932-SPC-KRH

THE COUNTY COURT OF THE
TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY,
FLORIDA,

   Defendant.

            /

## **OPINION AND ORDER**

Before the Court is Michael Zahir David Fleming's Petition for Writ of Certiorari (Doc. 1).  He seeks to invoke a Florida District Court of Appeal's certiorari jurisdiction under Florida Rule of Appellate Procedure 9.030(b) to review a nonfinal order of a county court in a pending traffic case.  But this is a federal district court.  The Florida rules do not apply, and this Court does not have appellate jurisdiction to review orders entered by state courts.  Principles of equity, comity, and federalism require the Court to abstain from interfering in state proceedings.  *See Younger v. Harris*, 401 U.S. 37, 45 (1971).  Fleming provides no reason for this Court to overlook the abstention principle.  Nor does he allege any facts that warrant application of any exception to the *Younger*

doctrine.    His petition presents issues that must be presented to the appropriate state court.

Accordingly, Michael Zahir David Fleming's Petition for Writ of Certiorari (Doc. 1) is **DISMISSED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 10, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2